**Opinion issued July 12, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-16-00215-CR

_____

## IN RE RICKY DEAN FOWLER, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Ricky Dean Fowler, has filed a petition for writ of mandamus requesting that we compel the County Court at Law No. 1 of Galveston County to "hear and submit a finding" on a separate mandamus petition relator purports to have

filed with the County Court at Law challenging the revocation of his parole by the Texas Board of Pardons and Paroles.[1] We **deny** the petition.

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] Relator identifies the underlying case as *Ricky Dean Fowler v. Texas Department of Criminal Justice—Division of Pardons and Paroles*, cause number CV-75015, pending in the County Court at Law No. 1 of Galveston County, Texas.